## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| LISA BLACKBURN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-5030-D |
| | § | |
| CYPRESS EQUITIES I, LP, | § | |
| CYPRESS EQUITIES OPERATIONS, LP, | § | |
| and CHRIS MAGUIRE, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the Parties on October 6, 2014, all claims against Defendants are DISMISSED WITH PREJUDICE, each party to bear her or its own costs.

SO ORDERED.

SIGNED October 6, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE